17-12790-NFR

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                         §
                                               §
ROMEO P DELACRUZ                               §          Case No. 17-12790
NORMA C DELACRUZ                               §
                                               §
                                               §
          Debtors                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                              219 S. Dearborn Street
                              Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/30/2018 in Courtroom 682,
                              UNITED STATES BANKRUPTCY COURT
                              219 S. Dearborn St.
                              Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _12/13/2017_____          By: _/s/ Ronald R. Peterson_____
                                                            Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §
                                                §
ROMEO P DELACRUZ                                §          Case No. 17-12790
NORMA C DELACRUZ                                §
                                                §
          Debtors                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |  |
|---|---|---|
| The Final Report shows receipts of | $ | 248,000.00 |
| and approved disbursements of | $ | 244,530.00 |
| leaving a balance on hand of[1] | $ | 3,470.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $          15,650.00 | $          0.00 | $          3,470.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,470.00 |
| Remaining Balance | | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,822.13  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $       21,231.15 | $       0.00 | $       0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $       6,466.14 | $       0.00 | $       0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $       7,139.92 | $       0.00 | $       0.00 |
| 4 | American Express Bank, Fsb | $       5,244.72 | $       0.00 | $       0.00 |
| 5 | U.S. Bank National Association | $       6,012.33 | $       0.00 | $       0.00 |
| 6 | Portfolio Recovery Associates, Llc | $       727.87 | $       0.00 | $       0.00 |

Total to be paid to timely general unsecured creditors        $_____0.00

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).


Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/ Ronald R. Peterson
Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 17-12790-JBS
Romeo P Delacruz                                                          Chapter 7
Norma C Delacruz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmiller          Page 1 of 1          Date Rcvd: Dec 15, 2017
                             Form ID: pdf006         Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2017.
db/jdb       +Romeo P Delacruz,    Norma C Delacruz,   3866 Sally Ct,   Glenview, IL 60025-3773
aty          +JENNER & BLOCK  LLP,    353 N Clark Street,   Chicago, IL 60654-5474
aty          +Ronald R Peterson,    Jenner & Block LLP,   353 N Clark Street,   Chicago, IL 60654-5474
25923717      American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
25938615     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
               PO Box 108,   St. Louis MO 63166-0108)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25743841      E-mail/Text: mrdiscen@discover.com Dec 16 2017 00:27:17     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
26005097      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2017 00:32:02
               Portfolio Recovery Associates, LLC,   Successor to SYNCHRONY BANK,   (QCARD),   POB 41067,
               Norfolk, VA 23541
25851744     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2017 00:26:47
               PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 10968,   Greenville, SC 29602-9008
25826240      E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2017 00:27:51
               Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                   TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2017                         Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Gloria C  Tsotsos    on behalf of Creditor    OCWEN LOAN SERVICING, LLC nd-two@il.cslegal.com
              Marc A Affolter    on behalf of Debtor 2 Norma C Delacruz ndil@geracilaw.com
              Marc A Affolter    on behalf of Debtor 1 Romeo P Delacruz ndil@geracilaw.com
              Nicholas E. Ballen    on behalf of Trustee Ronald R Peterson nballen@jenner.com,
               thooker@jenner.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                   TOTAL: 7