UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  §
  §
ROMEO P DELACRUZ  § Case No. 17-12790
NORMA C DELACRUZ  §
  §
  §
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,597.00<br>*(Without deducting any secured claims)* | Assets Exempt: 450.00 |
| Total Distributions to Claimants: 218,606.81 | Claims Discharged<br>Without Payment: 378,114.13 |
| Total Expenses of Administration: 29,393.19 | |

3) Total gross receipts of $ 248,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 248,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 212,682.00 | $ 218,606.81 | $ 218,606.81 | $ 218,606.81 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,393.19 | 29,393.19 | 29,393.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 118,610.00 | 46,822.13 | 46,822.13 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 331,292.00 | $ 294,822.13 | $ 294,822.13 | $ 248,000.00 |

4) This case was originally filed under chapter 7 on 04/24/2017 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/07/2018            By:/s/RONALD R. PETERSON
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 274 Wisconsin Dr. Des Plaines Il 60016 | 1110-000 | 248,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$248,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen LOAN Servicing L, 12650 Ingenuity Dr Orlando FL 32826 | | 212,682.00 | NA | NA | 0.00 |
| | Ocwen Loan Servcing LLC | 4110-000 | NA | 218,606.81 | 218,606.81 | 218,606.81 |
| **TOTAL SECURED CLAIMS** | | | **$ 212,682.00** | **$ 218,606.81** | **$ 218,606.81** | **$ 218,606.81** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 3,470.00 | 3,470.00 | 3,470.00 |
| Aggregate Closing Costs including Survey | 2500-000 | NA | 1,950.52 | 1,950.52 | 1,950.52 |
| Recording and Transfer Taxes | 2500-000 | NA | 868.00 | 868.00 | 868.00 |
| Richard M. Varchetto | 2500-000 | NA | 1,400.00 | 1,400.00 | 1,400.00 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| Cook County Treasurer | 2820-000 | NA | 2,716.96 | 2,716.96 | 2,716.96 |
| County of Cook Treasurer | 2820-000 | NA | 4,745.66 | 4,745.66 | 4,745.66 |
| American Realty & Associates | 3510-000 | NA | 4,376.02 | 4,376.02 | 4,376.02 |
| Professional Residential Brokerage LLC | 3510-000 | NA | 9,836.03 | 9,836.03 | 9,836.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 29,393.19 | $ 29,393.19 | $ 29,393.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

Case 17-12790    Doc 39    Filed 03/19/18    Entered 03/19/18 15:13:20    Desc Main
Document      Page 5 of 11

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX, Po Box 297871 Fort Lauderdale FL 33329 | | 5,244.00 | NA | NA | 0.00 |
| | BK OF AMER, Po Box 982238 El Paso TX 79998 | | 4,557.00 | NA | NA | 0.00 |
| | Celtic Bank, 268 S. State St., Ste. 300 Salt Lake City UT 84111 | | 20,000.00 | NA | NA | 0.00 |
| | Chase CARD, Po Box 15298 Wilmington DE 19850 | | 5,305.00 | NA | NA | 0.00 |
| | Chase CARD, Po Box 15298 Wilmington DE 19850 | | 12,153.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase CARD, Po Box 15298 Wilmington DE 19850 | | 15,789.00 | NA | NA | 0.00 |
| | CITI, Po Box 6241 Sioux Falls SD 57117 | | 7,110.00 | NA | NA | 0.00 |
| | COMENITY CAPITAL/HSN, 995 W 122Nd Ave Westminster CO 80234 | | 6,285.00 | NA | NA | 0.00 |
| | Discover FIN SVCS LLC, Po Box 15316 Wilmington DE 19850 | | 20,784.00 | NA | NA | 0.00 |
| | Navient, 123 S Justison St Ste 30 Wilmington DE 19801 | | 5,049.00 | NA | NA | 0.00 |
| | Syncb/HOME SHOPPING, Po Box 965005 Orlando FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Syncb/JCP, Po Box 965007 Orlando FL 32896 | | 21.00 | NA | NA | 0.00 |
| | Syncb/QVC, Po Box 965018 Orlando FL 32896 | | 675.00 | NA | NA | 0.00 |
| | TLC Healthcare Services of IL, Inc., 950 N Milwaukee Ave., Ste 236 Glenview IL 60025 | | 9,120.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | US BANK, 4325 17Th Ave S Fargo ND 58125 |  | 6,518.00 | NA | NA | 0.00 |
| 4 | American Express Bank, Fsb | 7100-000 | NA | 5,244.72 | 5,244.72 | 0.00 |
| 1 | Discover Bank | 7100-000 | NA | 21,231.15 | 21,231.15 | 0.00 |
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 727.87 | 727.87 | 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 7,139.92 | 7,139.92 | 0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 6,466.14 | 6,466.14 | 0.00 |
| 5 | U.S. Bank National Association | 7100-000 | NA | 6,012.33 | 6,012.33 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 118,610.00 | $ 46,822.13 | $ 46,822.13 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-12790 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | ROMEO P DELACRUZ | | | | Date Filed (f) or Converted (c): | 04/24/2017 (f) |
| | NORMA C DELACRUZ | | | | 341(a) Meeting Date: | 06/06/2017 |
| For Period Ending: | 03/07/2018 | | | | Claims Bar Date: | 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 274 Wisconsin Dr. Des Plaines Il 60016 | 240,000.00 | 240,000.00 | | 248,000.00 | FA |
| 2. 2003 Toyota Highlander Mileage: 112,000 | 3,997.00 | 3,997.00 | | 0.00 | FA |
| 3. 1982 Mercedes-Benz 380 Mileage: 45,000 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 4. Furniture, Linens, Small And Large Appliances, Table & Chair | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Flat Screen Tvs, Computer, Printer, Music Collection, Cell P | 500.00 | 0.00 | | 0.00 | FA |
| 6. Everyday Clothes, Shoes, Accessories | 200.00 | 0.00 | | 0.00 | FA |
| 7. Everyday Jewelry, Costume Jewelry, Engagement Ring, Wedding | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Glenview State Bank | 150.00 | 0.00 | | 0.00 | FA |
| 9. Glenview State Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Ariad Pharmaceuticals | 1,200.00 | 0.00 | | 0.00 | FA |
| 11. Pension Plan Aetna | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $254,047.00          $247,997.00          $248,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 02/28/2017     Current Projected Date of Final Report (TFR): 02/28/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-12790 | Trustee Name: RONALD R. PETERSON |
| Case Name: ROMEO P DELACRUZ | Bank Name: Associated Bank |
| NORMA C DELACRUZ | Account Number/CD#: XXXXXX8943 |
| | Checking |
| Taxpayer ID No: XX-XXX3896 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 03/07/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/17 | | City Wide Title Company Chicago, Il 60607 | Real Estate Sale | | $3,500.00 | | $3,500.00 |
| | | | Gross Receipts $248,000.00 | | | | |
| | | Professional Residential Brokerage LLC | Listing Commission Buyer ($9,836.03) | 3510-000 | | | |
| | | American Realty & Associates | Listing Commission Seller ($4,376.02) | 3510-000 | | | |
| | | Ocwen Loan Servcing LLC | First Mortgage Payoff ($218,606.81) | 4110-000 | | | |
| | | Richard M. Varchetto | Owners Title Insurance ($1,400.00) | 2500-000 | | | |
| | | Aggregate Closing Costs including Survey | Title Charges ($1,950.52) | 2500-000 | | | |
| | | County of Cook Treasurer | Real Estate Taxes 2016 ($4,745.66) | 2820-000 | | | |
| | | Cook County Treasurer | 2017 Real Estate Taxes ($2,716.96) | 2820-000 | | | |
| | | Recording and Transfer Taxes | Tax Stamps & Recording Feess ($868.00) | 2500-000 | | | |
| | 1 | | 274 Wisconsin Dr. Des Plaines Il 60016 $248,000.00 | 1110-000 | | | |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,490.00 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,480.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,470.00 |
| 03/02/18 | 1001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Final distribution representing a payment of 22.17 % per court order. | 2100-000 | | $3,470.00 | $0.00 |
| | | | COLUMN TOTALS | | $3,500.00 | $3,500.00 | |
| | | | Page Subtotals: | | $3,500.00 | $3,500.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

|  | | | |
|---|---|---|---|
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $3,500.00 | $3,500.00 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $3,500.00 | $3,500.00 |

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8943 - Checking | $3,500.00 | $3,500.00 | $0.00 |
|  | $3,500.00 | $3,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $244,500.00 |
| Total Net Deposits: | $3,500.00 |
| Total Gross Receipts: | $248,000.00 |